No. 11-6754. Donna Haygood, Petitioner v. Paulding County, Georgia, et al.

565 U.S. 1095, 132 S. Ct. 848, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8970.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6762. Brandon James Burns, Petitioner v. Montana.

565 U.S. 1095, 132 S. Ct. 848, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 9001.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 361 Mont. 191, 256 P.3d 944.

No. 11-6763. Eric G. Andika, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1095, 132 S. Ct. 848, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8903.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6768. Henry M. Mitchell, Jr., aka Henry Cephus Hayes, Petitioner v. California.

565 U.S. 1095, 132 S. Ct. 848, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8874.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-6773. Derrick D. Coleman, Petitioner v. Cindi S. Curtin, Warden.

565 U.S. 1095, 132 S. Ct. 848, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8917.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 425 Fed. Appx. 483.

No. 11-6775. Daniel David Dydzak, Petitioner v. United States Court of Appeals for the Ninth Circuit.

565 U.S. 1095, 132 S. Ct. 866, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8958,

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6785. Christopher Montrell Watson, Petitioner v. Texas.

565 U.S. 1096, 132 S. Ct. 849, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8960.

December 12, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Twelfth District, denied.

No. 11-6786. Min Wu, Petitioner v. Allan Yunling Hu.

565 U.S. 1096, 132 S. Ct. 849, 181 L. Ed. 2d 554, 2011 U.S. LEXIS 8857.

December 12, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.